UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Arnold D. Scott

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C/o Weyer, D star #17565
Cook County sheriff
Sheriff Tom Dart

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:19-cv-05445
Judge Marvin E. Aspen
Magistrate Judge Jeffrey Cole
PC 3

Case No. _____
(To be supplied by the Clerk of this Court)

FILED
8/19/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
AUG 1 3 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

\_\_\_\_ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

\_\_\_\_ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Arnold D. Scott

B. List all aliases: N/A

C. Prisoner identification number: 20170209117

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: C/O Weyer

Title: Cook County Sheriff Officer

Place of Employment: Cook County Jail

B. Defendant: Sheriff Tom Dart

Title: Sheriff of Cook County

Place of Employment: Cook County Jail

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A
N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A
N/A
N/A
N/A

D. List all defendants: N/A
N/A
N/A
N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A
N/A

G. Basic claim made: N/A
N/A
N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A
N/A
N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

Statement of Claim:

On May 4, 2019 Plaintiff was Attacked by C/O Weyer, D star #17565 Plaintiff just finish clean-up dayRoom Division 8 Residential treatment Unit. Plaintiff was a (Santitation worker) and worker on 3D, Plaintiff went to put the (Radio player) on a clearer station. C/O Weyer star 17565 snatched up the cord which the (Radio-player) was plugged into before it hit the floor. Plaintiff caught the (Radio-player) and walked toward his bed area before Plaintiff Reached there C/O Weyer star 17565 Rushed up behind Plaintiff as he was walking away C/O Weyer star 17565 Rammed Plaintiff into the (wall) turn Plaintiff body backward on to the table Hurting Plaintiff Back and knees, Twisting his body, Arm and wrist while hitting Plaintiff in the face. Do to this Plaintiff is unable to perform daily Activity because of severe physical discomfort from being slammed into the wall and pulled backward on the table.

Plaintiff was not being Combative toward C/O Weyer, D star 17565 in any form.

1

This is a on going Problem here in Cook County Jail.

Overseer of Cook County Jail Sheriff Tom Dart. there has not been no Resolution of this on-going Problem.

Plaintiff Grieved this Incident Issue, Plaintiff has Appealed his Grievance and Exhausted all of his Remedies.

Plaintiff Claim of "Excessive Force" Violation of Plaintiff Constitutional Right
14th Constitutional Amendment Right.

These are Plaintiff Witnesses that were Present on May 4, 2019 9:45 p.m. There Also a (Videotape) of the Attack by C/o Weyer STAR 17565.

1. Tony Davis 20190406207
2. Brian Henry 20170209182
3. Larry Murphy 20180813060
4. Tyree Gidron 20180610145
5. Ayo Dunn 20181017024

There was 31 more guys present when this (Attack) happen May 4, 2019 9:45 p.m.

2

Also Plaintiff is filing for Retaliation Plaintiff was sent to Segregation for no Reason by Cook County Staff to cover-up for being (Attached) by C/o Weyer star #7565 Its A Violation of Plaintiff Constitutional Rights

Plaintiff had to suffer Segregation for 50 day for what C/o Weyer star #7565 did to him and staff Caving it up with Disciplinary Report which is not True.

Gang Activity
Battery to Staff
Damage to CCSO property
Disrepecting to Staff
Inciting A Riot
Participation in Riot
Disorderly Conduct
Disobeying or Resisting orders

There is a videotape that would show all of this happen because of C/o Weyer Action Attacking Plaintiff without any Reason or Warning.

3

Plaintiff is having Problems with his Back and Knees, the Doctor Has only given Plaintiff Tylenol pain pills which Plaintiff has been Complaint about Everyday letting the Nurse Know that the pills is not helping At All - I can not sleep long because of the pain or stand or walk A far distance, Plaintiff had Grieved this Issue And Have Exhausted All his Remedies with No Result.

4



# COOK COUNTY SHERIFF'S OFFICE *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*
## INMATE DISCIPLINARY REPORT *(INFORME DISCIPLINARIO INTERNO)*

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV08-2019-5973 | N/A | 624875 | 936819NA9 | IL23453820 | 0108887 |

### INMATE INFORMATION

| Inmate's Name (Print) | Inmate's DOB | Booking Number | Division/Unit | Inmate's Living Unit |
|---|---|---|---|---|
| Arnold Scott | 2/21/1964 | 20170209117 | Division 8 RTU | In-Cell |

### INFRACTION INFORMATION

☐ VERBAL WARNING  
☐ FORMAL CHARGE

Date of Infraction: 5/4/2019  
Time of Infraction: 9:35 PM  
Location of Infraction: DIVISION 08 RTU  
Restitution Form Attached: ☐ YES ☐ NO

| NUMBER | CHARGE |
|---|---|
| 209 | Gang Activity |
| 404 | Battery to Staff |
| 327 | Damage to CCSO Property |
| 408 | Inciting a Riot |
| 322 | Disrespect to Staff |
| 219 | Disobeying or Resisting Orders |
| 105 | Disorderly Conduct |
| 314 | Participation in a Riot |

☐ DNA

### VICTIM / WITNESS INFORMATION

| Role | Other | ID#/Star# | Name |
|---|---|---|---|
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff | ☑ Other: Participant | | Arnold Scott |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff | ☑ Other: Participant | | Anthony A Morris |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff | ☐ Other: | | D Weyer |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff | ☐ Other: | | M Orr |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff | ☐ Other: | | R Hernaiz |
| ☐ Victim ☐ Inmate ☑ Witness ☐ Staff | ☐ Other: | | T Dec |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff | ☐ Other: | | A Avila03 |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff | ☐ Other: | | S Taylor |
| ☐ Victim ☐ Inmate ☑ Witness ☐ Staff | ☐ Other: | | J Benda |

### INFRACTION NARRATIVE *(Infraccion narrativa)*



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

On 04 May 2019 R/O Weyer 17565 was assigned to RTU dorm tier 3D. nmate Scott, Arnold 20170209117 remained in the day room and attempted to turn on the CD player/radio that is provided on the tier. R/O gave inmate Scott verbal orders to exit the dayroom and the CD player/radio is to remain off for the rest of the night. Inmate Scott ignored the verbal order and continued to find a radio station. R\O again informed inmate Scott that the dayroom is closed and the CD player/radio is also done for the night. Inmate Scott ignored R/O. R/O then unplugged the CD player/radio from the electrical outlet. Inmate Scott was yelling we don't listen to you or the white shirts! Inmate Scott started yelling to the rest of the inmates on the tier to rush the dayroom, as he was using hand motions to tell the other inmates to hurry up. R/O gave inmate Scott a verbal order to turn around to be hand cuffed. Inmate Scott while still holding onto the CD player/radio avoided R/O's control and aggressively pulled away from R/O. R/O in fear of receiving a battery because inmate Scott was holding onto what could be an improvised weapon pushed inmate Scott into the half concreate wall for more leverage. R/O kept yelling verbal orders to stop resisting and cuff up. Inmate Scott continued to resist by twisting his body, flailing his arms into the air, and pulling away. During the struggle inmate Scott grabbed R/O by his body and R/O grabbed inmate Scott by his body and around the back of his shoulders. R/O continued to try and secure inmate Scott with hand cuffs. While holding the hand cuffs inmate Scott was stabbing R/O in the left wrist with his nails drawing blood. While still engaged R/O and inmate Scott fell onto the dayroom table. Inmate Scott swung and hit R/O in the face. While on the dayroom table inmate Scott grabbed ahold of R/O's radio mic preventing R/O from calling an All- Available. In order to retrieve the radio mic R/O threw 1x closed hand strike at inmate Scott's face.

**Material Confiscated/Evidence Bag Number** *( Attach photocopy of evidence)* *Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

---

### CLASSIFICATION UNIT

| Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: _____ | Assessment Completed: ☐ YES ☐ NO | ☐ DNA If YES, where? ☐ Medical Health ☐ Mental Health | Assessment Received: ☐ YES ☐ NO |
|---|---|---|---|---|
| Approved For Pre-Hearing Segregation: | ☐ YES | ☐ NO | ☐ DNA | Was Verbal Warning Issued: ☐ YES ☐ NO ☐ DNA |
| Placed in Pre-Hearing Segregation: If YES, Date/Time | ☐ YES | ☐ NO Location: | ☐ DNA | If Yes, Were Privileges Restricted ☐ YES ☐ NO ☐ DNA Type of Privilege and Duration of Restriction |

| Classification Unit Personnel *(Print)*: | Title: | Star # |
|---|---|---|

| Reporting Personnel's Name *(Print)*: | Star # | Signature: | Date: |
|---|---|---|---|
| Weyer, D | 17565 | /s/ Weyer, D, Star # 17565 | 5/4/2019 11:25:58 PM |
| **Reviewing Supervisor's Name** *(Print)*: Taylor, S | Star # 3303 | Signature: /s/ Taylor, S, Star # 3303 | Date: 5/4/2019 11:56:16 PM |
| **Watch Commander** *(Print)*: Guzik, S | Star # 725 | Signature: /s/ Guzik, S, Star # 725 | Date: 5/4/2019 12:52:48 AM |

| Disciplinary Report Delivered to Inmate by *(Print Name)*: *(Informe disciplinario entregado al recluso por:)* Guzik, S | Star Number: *(Numero de estrella)* 725 |
|---|---|
| Date Delivered: *(Fecha de entrega:)* 5/5/2019 | Time Delivered: *(Tiempo de entrega:)* 1:22:55 AM | Inmate's Signature: *(Firma del Recluso:)* |

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages in the Amount of $200.000 Dollars from Each Defendant. $200.000 Dollars in Punitive Damages From Each Defendant And, Nominal Damages $200.000 Dollars From Each Defendant. This Court Deems Just and Proper Against Each defendant Jointly And Severally

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 _____

_____
(Signature of plaintiff or plaintiffs)

ARNOLD D. SCOTT
(Print name)

#20170209117
(I.D. Number)

P.O. Box 089002
Chicago IL 60608
(Address)

6

Revised 9/2007



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**CONTROL #:** 
**INMATE ID #:**

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(¡Para ser llenado solo por el personal de Inmate Services!)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* SCOTT
**PRINT - FIRST NAME** *(Primer Nombre):* ARNOLD
**INMATE BOOKING NUMBER** *(# de identificación del Preso):* 20170209117

**DIVISION** *(División):* 8
**LIVING UNIT** *(Unidad):* 4A
**DATE** *(Fecha):* 5·17·2019

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente):* 5·4·19
**REQUIRED - TIME OF INCIDENT** *(Hora del Incidente):* 9:45 PM
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente):* Day Room
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado):* C/O WEYER

I WAS BEAT DOWN by A COOK COUNTY SHERIFF OFFICER NOW MY BODY IS HURTING

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE:** *(Firma del Preso):* Arnold Scott

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR** (Print): VB
**SIGNATURE:**
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 5/21/19

**SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print):
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

Case: 1:19-cv-05445 Document #: 6 Filed: 08/19/19 Page 12 of 20 PageID #:50



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
*(Interno no Queja Solicitud Respuesta)*

NC 19 01757

### INMATE INFORMATION

| Field | Value |
|---|---|
| PRINT - INMATE LAST NAME (Apellido del Preso) | Scott |
| PRINT - FIRST NAME (Primer Nombre) | Arnold |
| INMATE BOOKING NUMBER (# de identificación del Preso) | 20170209117 |
| DIVISION (División) | 08 RM |
| LIVING UNIT (Unidad) | BA |
| INMATE'S GRIEVANCE FORM DATE (Fecha) | 5/17/19 |
| INMATE # (SHORT #) (# Del Preso (# corto)) | 010887 |
| GRIEVANCE CODE (Código de Queja) | 410 |
| DETERMINED BY C.R.W. (determinado por el T.R.C/C.R.W.) | VBail CRW |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
☒ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
☐ Offensive or harassing language was used
☐ The grievance form contains more than one issue.
☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
☐ La solitud de la queja contiene más de un asunto.
☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
☐ Otra razón

**\* NON Compliant \***

The alleged incident did not happen within the last 15 Calendar days. You may file your complaint with OPR Directly utilizing the attached OPR Complaint Form.

| NAME OF INDIVIDUAL RESPONDING (Nombre del personal o presos que tengan información) | SIGNATURE OF INDIVIDUAL RESPONDING (Firma del personal o presos que tengan información) | DATE (Fecha) |
|---|---|---|
| VBail | *[signature]* | 5/21/19 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT (Firma de recibo del preso) | DATE RESPONSE RECEIVED (Fecha de recibo de respuesta) |
|---|---|
| *[signature]* | *[date]* |

(FCN-40c)(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
*(Interno no Queja Solicitud Respuesta)*

NC-1901757

### INMATE INFORMATION

| | | |
|---|---|---|
| **PRINT - INMATE LAST NAME** *(Apellido del Preso):* SCOTT | **PRINT - FIRST NAME** *(Primer Nombre):* ARNOLD | **INMATE BOOKING NUMBER** *(# de identificación del Preso):* 2017-0209117 |
| **DIVISION** *(División):* 8RTU | **LIVING UNIT** *(Unidad):* 4A | **INMATE'S GRIEVANCE FORM DATE** *(Fecha):* 5-17-19 |
| **INMATE # (SHORT #)** *(# Del Preso (# corto)):* 01083387 | **GRIEVANCE CODE** *(Código de Queja):* 460 | **DETERMINED BY C.R.W.** *(determinado por el T.R.C/C.R.W.)* SUPV. FENDERSN |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
☐ Offensive or harassing language was used
☒ The grievance form contains more than one issue.
☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
☐ La solitud de la queja contiene más de un asunto.
☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
☐ Otra razón

REVISED RESPONSE 5/30/19
INMATE ADVISED TO SEPARATE ISSUES TO ENSURE PROPER RESPONSE FROM APPROPRIATE DEPARTMENT (MEDICAL/SECURITY)

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha):* |
|---|---|---|
| SUPV L FENDERSN | *[signature]* | 5-30-19 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso):* | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta):* |
|---|---|
| *[signature]* | 5-31-2019 |

(FCN-40c)(AUG 16)    **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**CONTROL #:**
**INMATE ID #:**

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* SCOTT
**PRINT - FIRST NAME** *(Primer Nombre):* ARNOLD
**INMATE BOOKING NUMBER** *(# de identificación del Preso):* 20170209117

**DIVISION** *(División):* 8
**LIVING UNIT** *(Unidad):* 4A
**DATE** *(Fecha):* 5-27-19

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente):* 5-21-19
**REQUIRED - TIME OF INCIDENT** *(Horad del Incidente):* 10:30am
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Especifico del Incidente):* 4A cell 7
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado):*

I wrote a grievance May 17, 2019, it was lable Non-Compliant for not meeting the 15 calendar days deadline. My grievance was within 15 calendar days when my grievance was written and sent off May 17, 2019, which is only 13 calendar days. I do not understand how the weekend could be charged to me and that one day (CRW) did not come is last day? Who made it over 15 calendar days. How could it be my fault? Inmate Hand Book do not say anything about that only exhaust it before 15 calendar days done. Chapter 7 page 32. The incident I am talking about May 4, 2019

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE:** *(Firma del Preso):* Arnold Scott

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR** (Print):
**SIGNATURE:**
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 5/28/19

**SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print):
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER:** 2019x 05365
**INMATE #:** 2105587

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

- **INMATE LAST NAME** *(Apellido del Preso)*: SCOTT
- **INMATE FIRST NAME** *(Primer Nombre)*: ARNOLD
- **ID Number** *(# de Identificación)*: 2017-0209117
- **GRIEVANCE ISSUE AS DETERMINED BY CRW:** 341-Social Service- Grievance Procedure
- **IMMEDIATE CRW RESPONSE** (if applicable): 
- **CRW/ REFERRED THIS GRIEVANCE TO** (Example: Superintendent, Cermak Health Services): IS ADMIN
- **DATE REFERRED:** 5/29/19

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Non compliant grievance should have been coded 400- Multiple issues. Inmate can rewrite after separating issues.

- **PERSONNEL RESPONDING TO GRIEVANCE (Print):** SUPV. L. FENDERSON
- **SIGNATURE:** [signed]
- **DIV./DEPT.:** IS ADMIN
- **DATE:** 5/30/19

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- **INMATE SIGNATURE** *(Firma del Preso)*: Arnold Scott
- **DATE RESPONSE WAS RECEIVED** *(Fecha en que la respuesta fue recibida)*: 5/31/2019

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

#### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* ___/___/___

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)*
_____
_____

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** *(Apelación del preso aceptada por el administrador o/su designado(a)?)*  Yes (Si) ☐   No ☐

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*
_____
_____

- **INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a))*: 
- **SIGNATURE** *(Firma del Administrador o/su Designado(a):)*: 
- **DATE** *(Fecha)*: ___/___/___

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- **INMATE SIGNATURE** *(Firma del Preso)*: 
- **DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*: ___/___/___

(FCN-40b) (AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**CONTROL #:** _____  **INMATE ID #:** _____

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !  (! Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** (Apellido del Preso): Scott
**PRINT - FIRST NAME** (Primer Nombre): Arnold
**INMATE BOOKING NUMBER** (# de identificación del Preso): 20170209117
**DIVISION** (División): 8
**LIVING UNIT** (Unidad): 4A
**DATE** (Fecha): 5·31·19

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** (Fecha del Incidente): 5·4·19
**REQUIRED - TIME OF INCIDENT** (Horad del Incidente): 9:45 PM
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del Incidente): DayRoom
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** (Nombre y/o Identificación del Acusado): C/O Weyer 17565

I was physically Attacked by Cook County Officer Weyer in the DayRoom After I was finish cleaning the DayRoom. You can Review the Videotape. I want to cross-complaint / press charges Against Officer Weyer Star #17565

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
(Nombre del personal o presos que tengan información:)

**INMATE SIGNATURE:** (Firma del Preso): Arnold Scott

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** VB___
**SIGNATURE:**
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 5/31/19

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| DFX 0578 | 010887 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME: | INMATE FIRST NAME: | ID Number: |
|---|---|---|
| Scott | Arnold | 20170209117 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 266 Misconduct (Physical) by Surveillance

IMMEDIATE CRW RESPONSE (if applicable): Inil Commander Notified

CRW/ REFERRED THIS GRIEVANCE TO: OPR IS
DATE REFERRED: 5/31/19

### RESPONSE BY PERSONNEL HANDLING REFERRAL

SEE ATTACHED

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| SUPV L FENDERSON | [signature] | ISLOM | 5/31/19 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE: X Arnold Scott
DATE RESPONSE WAS RECEIVED: 5/31/19

### INMATE'S REQUEST FOR AN APPEAL

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

Rec'd 6/4/19

DATE OF INMATE'S REQUEST FOR AN APPEAL: 6/3/19

I WANT to PRESS CHARGES AGAINST THIS % WEYER

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes ☐   No ☒

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:

You Should Contact OPR directly - See Attached.

| INMATE SERVICES DIRECTOR/DESIGNEE: | SIGNATURE: | DATE: |
|---|---|---|
| Tezko | [signature] | 6/6/19 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE: Arnold Scott
DATE APPEAL RESPONSE WAS RECEIVED: 6/11/19

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

# Inmate Grievance Number: <u>2019x5528</u>
*Numero De Queja*

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

*Su alegación(es) han sido enviadas a la Oficina del Departamento de Revisión Professional (OPR) y al Superintendente de la División para una revisión y/o investigación.*

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below *or* submitting an inmate request form, to speak with the Divisional Superintendent.

*Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión Professional (OPR) de manera directa, utilizando la dirección que está en la parte de abajo o sometiendo una Forma de Solicitud del Preso para poder hablar con el Superviviente de la División.*

To exhaust your administrative remedy (regardless of the OPR investigation review, determination or outcome) you must appeal this immediate grievance response within 15 calendar days.

*Con el fin de agotar los recursos administrativos (independiente de la revisión de la investigación, decisión o el resultado de OPR) usted debe apelar la respuesta principal de esta queja dentro los 15 días calendarios.*

Office of Professional Review
3026 S. California Ave
Building 2 / 4th floor
Chicago, Illinois 60608

**INMATE COPY**



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** (Apellido del Preso): SCOTT
**PRINT - FIRST NAME** (Primer Nombre): Arnold Scott
**INMATE BOOKING NUMBER** (# de identificación del Preso): 20170209117

**DIVISION** (División): 8
**LIVING UNIT** (Unidad): 4A
**DATE** (Fecha): 6-5-2019

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
[Spanish guidelines text]

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 6-5-19 | 8:31pm | Cell 4A1 | |

I been asking to see a Doctor for the Body Pain, I have Every since the Incident I had on May 4th 2019. I have put in to (Sickcall) over 4 times to get something for the pain. I'm only given pain pills just for that day then I am told I would be put in to see a Doctor these pains been going on for days now with no Help no Doctor!

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
(Nombre del personal o presos que tengan información:)

**INMATE SIGNATURE:** (Firma del Preso): Arnold Scott

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR** (Print): _____
**SIGNATURE:** _____
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 6/6/19

**SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print): _____
**SIGNATURE:** _____
**DATE REVIEWED:** _____

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMAT



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER:** 2019x05784
**INMATE #:** 2017000917

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso)*: Scott
**INMATE FIRST NAME** *(Primer Nombre)*: Arnold
**ID Number** *(# de Identificación)*: 2017000917

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 2W - Medical Tx

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermak Health Services)*:

**DATE REFERRED:** 6/7/19

### RESPONSE BY PERSONNEL HANDLING REFERRAL

**PERSONNEL RESPONDING TO GRIEVANCE (Print):**
**SIGNATURE:**
**DIV./DEPT.:**
**DATE:** 6/24/19

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso)*: Arnold Scott
**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*
### THIS SECTION IS TO BE COMPLETED BY INMATE!

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)*

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Si) ☐  No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** Mr Scott, you were seen by a doctor on 06/12/19 and reported to him that symptoms related to running into a wall on 06/04/19 resolved, today you expressed renewed symptoms, you were promptly assessed and referred to physician.

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a))*: Anna Jimenez
**SIGNATURE:**
**DATE:** 07/10/2019

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso)*:
**DATE APPEAL RESPONSE WAS RECEIVED:** 7/12/2019

(FCN-72) (NOV 17)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – C.R.W.)  (PINK COPY – INMATE)